USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

DANIEL GARRA, et al,

                                                                                  **Plaintiffs,**

-against-                                             17-cv-1293 (ALC)

METRO NORTH RAILROAD, et al,                       **ORDER**

                                               **Defendants.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      On January 2, 2020, the Court granted Defendants' request for a continuance. Accordingly, the Court sets the following trial schedule. Jury selection and trial will commence on April 6, 2020. The parties shall submit any motions in limine along with their proposed pre-trial orders and voir dire scripts by March 23, 2020. Any responses in opposition shall be due March 30, 2020. The Court will hold a final pre-trial conference in this matter on April 2, 2020 at 10:30 a.m. The parties (and/or counsel) should appear in person in Courtroom 130 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on the date and time specified above.

**SO ORDERED.**

**Dated:**   January 13, 2020
             New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**