USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARRA ET AL.,

              Plaintiff,

      -against-

METRO-NORTH COMMUTER RAILROAD,

             Defendants.

17-cv-1293 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report in this matter by March 11, 2020.

**SO ORDERED.**

Dated: March 5, 2020
      New York, New York

                                                        ANDREW L. CARTER, JR.
                                                        United States District Judge