UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-17-20

---------------------------------------------------------------- x
DANIEL GARRA et al,

        Plaintiff,

-against-

METRO-NORTH RAILROAD et al,

        Defendants.

---------------------------------------------------------------- x

1:17-cv-1293 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

On March 11, 2020, the parties filed a joint status report indicating that all Plaintiffs had settled with Defendants except one, Mr. James Provo. (ECF 45). On March 12, 2020, Defendants filed another status report indicating that circumstances had changed since the parties' previous status report, and Defendants now believe there is a binding settlement agreement between Metro-North and Mr. Provo, but Mr. Provo disagrees. Metro-North requested leave to file a motion to enforce the settlement agreement. (ECF 46). That motion is GRANTED and the Court sets the following briefing schedule:

| | |
|---|---|
| Defendants' Motion: | March 31, 2020 |
| Plaintiff Provo's Opposition: | April 14, 2020 |
| Defendants' Reply, if any: | April 21, 2020 |

**SO ORDERED.**

*/s/ Andrew L. Carter*

3-17-20    Andrew L. Carter, Jr.
New York, NY  U.S. Dist. Judge