UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL GARRA, et al.,

                                    Plaintiffs,                  17-CV-01293 (ALC)(SN)

        -against-                                                **ORDER**

METRO-NORTH COMMUTER RAILROAD,

                                  Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       A conference is scheduled in this matter for Thursday, February 11, 2021, at 2:00 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. The parties should be prepared to discuss Defendant's motion to enforce the settlement as to Defendant Provo, and provide an update as to the status of Plaintiff Provo's employment.

**SO ORDERED.**

                                                                      _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:       February 10, 2021
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2021