**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DANIEL GARRA, ET AL.,

                Plaintiffs,                17 **CIVIL** 1293 (ALC)(SN)

    -against-                         **JUDGMENT**

METRO-NORTH COMMUTER RAILROAD,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 29, 2021, the Court has reviewed Judge Netburn's R&R and is satisfied that "there is no clear error on the face of the record." Nelson 618 F. Supp. at 1189. Accordingly, Judge Netburn's R & R is adopted in its entirety. Defendant's motion to enforce the settlement agreement is granted.

**Dated:**  New York, New York
           March 29, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                             **BY:**   *K. Mango*
                                                       **Deputy Clerk**